# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**SHELBY MONTGOMERY,**
**ADC #146695**                                                                                          **PLAINTIFF**

**V.**                          **CASE NO. 4:17-CV-25 JLH/BD**

**ED HOLLINGSWORTH**
**and MORROW**                                                                                          **DEFENDANTS**

## ORDER

On January 13, 2017, Shelby Montgomery, an Arkansas Department of Correction inmate, filed this civil rights lawsuit without the help of a lawyer. (Docket entry #2) In his complaint, Mr. Montgomery alleges that his constitutional rights were violated while he was detained at the Hot Spring County Detention Center.

Hot Spring County is located in the Western District of Arkansas. The interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. § 1406(a). The Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas, Hot Springs Division, Judge Isaac C. Parker Federal Building, 30 South 6th Street, Room 1038, Fort Smith, Arkansas 72901.

IT IS SO ORDERED, this 17th day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE